UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 12-2069 MK |
| v. | ) | JUDGE KNOWLES |
| CARLOS CAEZ-ROSA | ) | |

## ORDER

This case is hereby placed under seal, pending the arrest of Carlos Caez-Rosa.

So ORDERED this 30th day of April, 2012.

_____
E. CLIFTON KNOWLES
U. S. MAGISTRATE JUDGE